**Herbert B. MARTIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28517.

Court of Criminal Appeals of Texas.

Oct. 31, 1956.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for possession of marihuana, on a plea of guilty before the court; the punishment, three years.

No statement of facts is found in the record and no bills of exception.

In pronouncing sentence the trial court failed to give application to the indetermi-nate sentence statute, art. 775, Vernon's Ann.C.C.P.

The sentence is reformed so as to order appellant's confinement in the penitentiary for not less than two years nor more than three years.

As reformed, the judgment is affirmed.